1  Donald S. Burris (SBN 68523)
   Richard E. Walden (SBN 108646)
2  Laura G. Brys (SBN 242100)
   BURRIS, SCHOENBERG & WALDEN, LLP
3  12121 Wilshire Boulevard, Suite 800
4  Los Angeles, CA 90025
   Telephone: (310) 442-5559
5  Facsimile: (310) 442-0353
   laura@bslaw.net
6
7  Attorneys for Plaintiffs WILLIAM BLOCK
   and CARSON BLOCK
8
   Kathryn S. Diemer
9  Diemer, Whitman & Cardosi, LLP
   75 E. Santa Clara Street
10 Suite 290
   San Jose, CA 95113
11
   Attorneys for Defendant
12 AUGME TECHNOLOGIES, INC. fka
   MODAVOX, INC.
13

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM BLOCK, an individual; CARSON BLOCK; an individual; | Case No. CV 09-9503 DSF (AGRx) (The Honorable Dale S. Fischer) |
|---|---|
| Plaintiffs, | **STIPULATION TO DISMISS** |
| vs. | Filed: December 29, 2009 |
| AUGME TECHNOLOGIES, INC. fka MODAVOX, INC., a Delaware corporation; and Does 1-10, inclusive; | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 41(1), Plaintiffs WILLIAM BLOCK and CARSON BLOCK ("Plaintiffs") and Defendant AUGME TECHNOLOGIES, INC. fka MODAVOX, INC. ("Defendant") hereby stipulate to the dismissal of the above-captioned action with prejudice.

Dated: June 29, 2011          BURRIS, SCHOENBERG & WALDEN LLP


By:   /s/ Laura G. Brys
      Laura G. Brys
Attorneys for Plaintiffs
WILLIAM BLOCK and CARSON BLOCK


Dated: June 29, 2011          Diemer, Whitman & Cardosi, LLP


By:   /s/ Kathryn S. Diemer
      Kathryn S. Diemer
Attorneys for Defendant AUGME
TECHNOLOGIES, INC. fka MODAVOX, INC.